Decided December 7, 1998

## JOSEPH FALCO v. INSTITUTE OF LIVING

The defendant's petition for certification for appeal from the Appellate Court, 50 Conn. App. 654 (AC 16979), is granted, limited to the following issue:

"Under the circumstances of this case, did the Appellate Court properly conclude that the plaintiff was entitled to a bill of discovery regarding 'John Doe's' name, last known address and social security number?"

The Supreme Court docket number is SC 16052.

*Donna R. Zito* and *Mark R. Kravitz,* in support of the petition.

*Doreen J. Bonadies*, in opposition.

Decided December 21, 1998